```
                /s/ David J. Robles, by SDA with permission
Approved:  _____
           DAVID J. ROBLES
           Assistant United States Attorney

Before:    THE HONORABLE STEWART D. AARON
           United States Magistrate Judge         20 MAG 5893
           Southern District of New York
```

- - - - - - - - - - - - - - - - - - X
                                     :
                                     :  **COMPLAINT**
UNITED STATES OF AMERICA             :
                                     :  Violation of
       - v. -                        :  18 U.S.C. §§ 922(g)(1),
                                     :  924(a)(2), and 2
KEVAN SEALES,                        :
                                     :  COUNTY OF OFFENSE:
              Defendant.             :  BRONX
                                     :
- - - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

JAMA JOSEPH, being duly sworn, deposes and says that he is a Detective with the New York City Police Department ("NYPD"), and charges as follows:

### COUNT ONE
(Felon in Possession of a Firearm)

1. On or about May 4, 2020, in the Southern District of New York and elsewhere, KEVAN SEALES, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm, to wit, a black .38 caliber Colt revolver, and the firearm was in and affecting commerce.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2. I am a Detective with the NYPD and I have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation of this matter, my conversations with other law enforcement officers, witnesses, and others, as well as my examination of reports, records, and video surveillance.

2

Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all of the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3. Based on my review of criminal history records, I have learned, among other things, that on or about December 19, 2017, KEVAN SEALES, the defendant, was convicted in New York County Supreme Court of assault in the second degree, in violation of New York Penal Law Section 120.05, Subsection 2, which is a Class D felony that carries a maximum term of imprisonment of seven years and a minimum term of imprisonment of two years. On or about January 9, 2018, SEALES was sentenced principally to a term of two years' imprisonment.

4. Based on my participation in this investigation, my review of law enforcement reports, and my conversations with NYPD police officers and an Emergency Medical Services ("EMS") professional ("EMT-1"), I have learned, among other things, the following:

a. On or about May 4, 2020, at approximately 11:13 p.m., EMS arrived at the vicinity of 805 Astor Avenue in the Bronx, New York, in response to a 911 call reporting, in sum and substance, that an individual, later identified as KEVAN SEALES, the defendant, appeared to have collapsed onto the ground.

b. Upon EMS' arrival at the above-mentioned location, EMT-1 observed KEVAN SEALES, the defendant, on the ground between two parked cars and wearing a backpack. EMT-1 attempted to wake SEALES, who appeared to be asleep. In doing so, EMT-1 recognized SEALES as being highly intoxicated. SEALES was taken into an ambulance and told EMT-1, in sum and substance, that he did not want to go to the hospital because he was on parole and was not supposed to be drinking.

c. Once in the ambulance, EMT-1 asked KEVAN SEALES, the defendant, for his identification. SEALES told EMT-1, in sum and substance, that his identification was in his backpack. EMT-1 opened the main compartment of the backpack in the ambulance and observed a firearm (the "Firearm"). EMT-1 informed an EMS dispatcher of the Firearm and provided the backpack with the Firearm to an EMS lieutenant ("Lieutenant-1").

3

EMT-1 then transported SEALES to a hospital ("Hospital-1") while Lieutenant-1 drove the backpack to Hospital-1 in another vehicle alongside the ambulance.

   d. Upon arriving at Hospital-1, Lieutenant-1 provided the backpack to two uniformed NYPD officers ("Officer-1" and "Officer-2"). Officer-1 opened the backpack and observed the Firearm, which was later identified as a .38 caliber black Colt revolver, in the main compartment of the backpack.

   e. On May 5, 2020, at approximately 12:14 a.m., KEVAN SEALES, the defendant, was placed under arrest at Hospital-1. SEALES was then transported to the 49th Precinct in the Bronx, New York.

   5. Based on my conversations with Officer-2, and my review of NYPD body camera footage and reports prepared by law enforcement, I have learned, among other things, that shortly after arriving at the 49th Precinct, Officer-1 recovered a .38 caliber round from the left pants pocket of KEVAN SEALES, the defendant.

   6. Based on my communications with a Special Agent from the Bureau of Alcohol, Tobacco, Firearms and Explosives who is familiar with the manufacturing of firearms and ammunition, I have learned that the Firearm was not manufactured in New York State.

                                4

        WHEREFORE, deponent respectfully requests that a warrant be issued for the arrest of KEVAN SEALES, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

                                      /s/ Jama Joseph, by SDA with permission
                                      _____
                                      Detective Jama Joseph
                                      New York City Police Department

Sworn to me through the transmission of this Affidavit by reliable electronic means, pursuant to Federal Rules of Criminal Procedure 41(d)(3) and 4.1 this, 5th day of June, 2020

_____
THE HONORABLE STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK