UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Kevan Seales

                                          Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20   -CR- 5893 ) ( )

Defendant **Kevan Seales** _____ hereby voluntarily consents to participate in the following proceeding via  X  videoconferencing or  X  teleconferencing:

**X**   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

**/s authorized electronic signature**
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Kevan Seales**
Print Defendant's Name

*Martin Cohen*
Defendant's Counsel's Signature

**Martin Cohen**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**July 6, 2020**
Date

_____
U.S. District Judge/U.S. Magistrate Judge